

**The Legal Aid Society**

Federal Defender Division • Eastern District of New York

16 Court Street, Brooklyn, NY 11241
Tel: (718) 330-1200  Fax: (718) 855-0760
www.legal-aid.org

*Federal Defender Division*
Leonard F. Joy
*Attorney-in-Charge*

August 23, 2005

*Eastern District of New York*
Peter Kirchheimer
*Attorney-in-Charge*

The Honorable Allyne R. Ross
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

Re: <u>United States v. Devon Malcolm, 03 CR 1378</u>

*Application granted.
So ordered.
8/26/05
cc: Counsel
USPO Preston*

Your Honor:

In preparation for Mr. Malcolm's sentencing, I am writing to request that Your Honor order the Probation Department to provide copies of any and all documents it possesses in connection with Mr. Malcolm's criminal history, including but not limited to police reports, criminal court complaints, presentence reports and certificates of disposition. I have spoken with Probation Officer Amy Preston, who informs me that she is not authorized to release such information without a court order.

Respectfully submitted,

Deborah Colson
Staff Attorney
718-330-1210

cc: United States Probation Officer Amy Preston
AUSA Paige Peterson
Clerk of Court