ORDERED that copies of this letter be transmitted to AUSA and defense counsel.
USDJ 3/1/06
cc: Jf Malcolm

Devon Malcolm
Reg # 706-34-053
M.D.C. 6 Nort[h]
P.O. Box 329002
Brooklyn N.Y. 11232

FILED
IN CLERK'S OFFICE
US DISTRICT COURT, E.D.N.Y.
★ FEB 24 2006 ★
BROOKLYN OFFICE

Honorable Allyne Ross
United State District Court
United State District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn New York 11201

Re: US V Devon Malcolm 03 CR 1378 (A

Your Honor,
    Please I Devon Malcolm 706-34-053 am the inmate state here in; Simply requesting a chance of explaining what I am currently enduring inside this facility.
    I am suffering from pain days after days having sleep-less nights soon after compleating a recently Bronchosopy left Thoracatomy Esophagal ditation which rupture the

d/M

nerve in my left shoulder leaving me unable to fully use my left arm.

Please, please Your honor I am kindly asking you to help me before it's too late.

been incorcerate enduring pain each day unable to eat solid food keep me wondering when is this going to end.

Please help me before it's too late

Respectfully Submitted
Devon Molce...